CROZIER *et al. v.* OSBORN.

PER CURIAM. Under the pleadings and the evidence in this case and the law applicable thereto, the trial judge did not abuse his discretion in appointing a temporary receiver and granting an interlocutory injunction. The case differs upon its facts from *Sumner* v. *Bell,* 118 Ga. 240 (44 S. E. 973). *Judgment affirmed. All the Justices concur.*

No. 330. FEBRUARY 15, 1918.

Injunction and receivership. Before Judge Crum. Wilcox superior court. April 7, 1917.

*M. B. Cannon,* for plaintiffs in error.

*L. L. Davis* and *Max E. Land,* contra.